# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

**v.**

Connie Meggs

**Case No:** 23-3191

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

See attached form identifying transcripts that have been recieved, and which remain to be ordered/recieved

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

Transcript Status Report Attachment: 21-cr-28/23-3191 (Connie Meggs)

Received/Downloaded

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| March 12, 2021 | Arraignment | William Zaremba |
| March 23, 2021 | Status Hearing | William Zaremba |
| March 26, 2021 | Detention Hearing | William Zaremba |
| April 6, 2021 | Status Hearing | William Zaremba |
| June 1, 2021 | Status Hearing | Lisa Bankins |
| July 2, 2021 | Status Conference | William Zaremba |
| September 8, 2021 | Motions Hearing | William Zaremba |
| September 16, 2021 | Status Conference | William Zaremba |
| October 14, 2021 | Status Conference | William Zaremba |
| December 6, 2021 | Arraignment | William Zaremba |
| January 25, 2022 | Joint Status Conference | William Zaremba |
| March 4, 2022 | Status Hearing | William Zaremba |
| May 6, 2022 | Status Conference | William Zaremba |
| June 30, 2022 | Status Conference | William Zaremba |
| July 8, 2022 | Status Conference | William Zaremba |
| August 25, 2022 | Status Conference | William Zaremba |
| October 28, 2022 | Status Conference | William Zaremba |
| January 20, 2023 | Pretrial Conference | William Zaremba |
| February 6, 2023 | Jury Selection | William Zaremba |
| February 7, 2023 | Jury Selection | William Zaremba (AM) Nancy Meyer (PM) |
| February 8, 2023 | Jury Selection | William Zaremba (AM) |
| February 9, 2023 | Jury Empaneled | William Zaremba (AM) Stacy Johns/Stacy Heavensrich (PM) |
| February 10, 2023 | Jury Trial | William Zaremba |
| February 13, 2023 | Jury Trial | William Zaremba |
| February 14, 2023 | Jury Trial | William Zaremba (AM) Carla Bebault (PM) |
| February 15, 2023 | Jury Trial | William Zaremba (AM) Carla Bebault (PM) |
| February 16, 2023 | Jury Trial | William Zaremba (AM) Carla Bebault (PM) |
| February 17, 2023 | Jury Trial | William Zaremba |
| February 21, 2023 | Jury Trial | William Zaremba (AM) Christine Asif (PM) |
| February 22, 2023 | Jury Trial | William Zaremba (AM) Melanie Wilkins (PM) |
| February 23, 2023 | Jury Trial | William Zaremba (AM) Melanie Wilkins (PM) |
| February 24, 2023 | Jury Trial | William Zaremba |

| February 28, 2023 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| --- | --- | --- |
| March 1, 2023 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| March 3, 2023 | Jury Trial | William Zaremba |
| March 7, 2023 | Jury Trial | William Zaremba (AM) Christine Asif (PM) |
| March 8, 2023 | Jury Trial | William Zaremba (AM) Sara Wick (PM) |
| March 9, 2023 | Jury Trial | William Zaremba (AM) Christine Asif (PM) |
| March 10, 2023 | Jury Trial | William Zaremba |

Identified, to be Ordered/Downloaded

| Date | Type of Proceeding | Court Reporter(s) |
| --- | --- | --- |
| August 10, 2021 | Status Conference/Arraignment | William Zaremba |
| February 8, 2023 | Jury Selection | Nancy Meyer (PM) |
| February 27, 2023 | Jury Trial | William Zaremba (AM) Stacy Heavenridge (PM) |
| March 20, 2023 | Jury Verdict | William Zaremba |
| August 30, 2023 | Sentencing | William Zaremba |