**No. 23-3141**  September Term, 2024

1:21-cr-00028-APM-16
1:21-cr-00028-APM-20
1:21-cr-00028-APM-4
1:21-cr-00028-APM-5
1:21-cr-00028-APM-7
1:21-cr-00028-APM-9

**Filed On:** January 15, 2025

United States of America,

    Appellee

    v.

Michael S. Greene, also known as Michael Dean Simmons,

    Appellant

------------------------------

Consolidated with 23-3179, 23-3191, 23-3200, 23-3201, 23-3203, 23-3204, 23-3205, 23-3206

    **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of the joint briefing proposal, it is

**ORDERED** that the following briefing schedule and format will apply in these consolidated cases:

| | |
|---|---|
| Defendants' Joint Opening Brief (not to exceed 26,000 words) | June 9, 2025 |
| Appendix | June 9, 2025 |

| | |
|---|---|
| United States' Opening and Response Brief (not to exceed 30,600 words) | December 9, 2025 |
| Defendants' Joint Reply and Response Brief (not to exceed 26,000 words) | March 9, 2026 |
| United States' Reply Brief (not to exceed 13,000 words) | May 11, 2026 |

The parties neither specify the word allotment necessary for each issue nor otherwise provide detailed justifications for the larger allotments that they request. See 11/7/2024 Order.

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43–44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**